IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EARNEST J. LARRY,**

    **Petitioner,**

v.                          Case No.  4:14cv232-MW/GRJ

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    **Respondent.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.8, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 9.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections as this Court's opinion.  The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No. 7, is **GRANTED**.  The petition is time-barred.  A certificate of appealability is **DENIED**."   The Clerk shall close the

1

file.

    **SO ORDERED on January 20, 2015.**

                                       **s/Mark E. Walker**
                                       **United States District Judge**